UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EDISON BETZOMAYEH, | Case No. 15-CV-03050-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| SPECIALIZED LOAN SERVICING LLC, | |
| Defendant. | |

Plaintiff's Attorney: Elliot Gale
Defendant's Attorney: Katalina Baumann

An initial case management conference was held on October 7, 2015. A further case management conference is set for February 3, 2016 at 2:00 p.m. The parties shall file their joint case management statement by January 27, 2016.

The parties shall exchange initial disclosures by October 21, 2015.

The Court referred the parties to Court mediation with a deadline of January 15, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Exchange of Initial Disclosures | October 21, 2015 |
| Last Day to Amend the Pleadings/Add Parties | November 15, 2015 |

1

Case No. 15-CV-03050-LHK
CASE MANAGEMENT ORDER

| Deadline to Complete Mediation | January 15, 2016 |
|---|---|
| Further Case Management Conference | February 3, 2016 at 2:00 p.m. |
| Close of Fact Discovery | May 30, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | June 30, 2016 |
| Hearing on Dispositive Motions | August 11, 2016 at 1:30 p.m. |
| Final Pretrial Conference | October 6, 2016 at 1:30 p.m. |
| Jury/Bench Trial | October 24, 2016 at 9:00 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated: October 7, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge