UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edison Betzomayeh<br><br>        Plaintiff,<br><br>  v.<br><br>Equifax, Inc., et al.,<br><br>        Defendants. | Case No. 5:15-cv-03050-LHK<br><br>ORDER RE: ATTENDANCE AT MEDIATION<br><br>Date: February 24, 2016<br>Mediator: Charles G. Miller |

IT IS HEREBY ORDERED that the requests to excuse defendant Specialized Loan Servicing LLC's corporate representative, Patrick McBride, and defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from appearing in person at the February 24, 2016 mediation before Charles Miller are GRANTED.  Both representatives shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: February 4, 2016

Maria-Elena James
United States Magistrate Judge